```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Claimant
    MICHAEL LOMBARDO
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CV-00395 LKK-GGH |
| Plaintiff, | |
| v. | **APPLICATION FOR ORDER APPOINTING COUNSEL; ORDER** |
| APPROXIMATELY $4,950,00 IN U.S. CURRENCY, | Judge: Hon. Lawrence K. Karlton |
| Defendant. | |

Michael Lombardo applies to the Court for an order appointing the Office of the Federal Defender to represent him in the above case pursuant to 18 U.S.C. § 983(b)(1)(A).

Section 983, subd. (b)(1)(A) of Title 18, United States Code, provides as follows:

> If a person with standing to contest the forfeiture of property in a civil judicial forfeiture proceeding under a civil forfeiture statute is financially unable to obtain representation by counsel, and the person is represented by counsel appointed under section 3006A of this title in

connection with a related criminal case, the court may authorize counsel to represent that person with respect to the claim.

On September 14, 2007, the Magistrate Judge determined that Michael Lombardo was financially unable to hire counsel; the Court therefore appointed the Office of the Federal Defender to represent Mr. Lombardo in a case charging violation of 21 U.S.C. § 841 (manufacturing marijuana). That case began with a DEA search of Mr. Lombardo's property the previous day and is presently pending before this Court as <u>United States v. Michael Lombardo</u>, 2:07-cr-0439 LKK

As a result of the same seizure, the United States on February 22, 2008, filed the above complaint for forfeiture against $4,950 seized from Mr. Lombardo's residence during a DEA search.  A portion of this money belongs to Mr. Lombardo who contends that it cannot be lawfully forfeited.  He has standing to contest the forfeiture because the cash was seized from his residence.  Mr. Lombardo, a journeyman electrician and member of I.B.E.W. Local 401, claims in good faith that he earned the money through legitimate employment and that it cannot be lawfully forfeited.  Accordingly, he asks the Court to authorize counsel to represent him with respect to his claim (to be filed simultaneously with this application).

A proposed order is attached for the Court's convenience.

Respectfully submitted,

Dated:  March 20, 2008            /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for MICHAEL LOMBARDO

**O R D E R**

The Office of the Federal Defender is hereby authorized to represent Michael Lombardo in the above case, pursuant to 18 U.S.C. § 983(b).

IT IS SO ORDERED.

Dated: March 24, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT