UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CIV. S-08-395 LKK/GGH

    Plaintiff,

   v.

        O R D E R

APPROXIMATELY $4,950.00 IN U.S. CURRENCY,

    Defendant.
_____/

Upon the Government's request and good cause appearing, the court orders as follows:

1. All proceedings in this matter are STAYED for six months from the date of this order;

2. The status conference currently set for May 12, 2008 is VACATED;

3. A status conference is SET for November 17, 2008 at 2:00 PM.

IT IS SO ORDERED.

DATED: May 8, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT