McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     v.                            )<br>                                   )<br> APPROXIMATELY $4,950.00 IN        )<br> U.S. CURRENCY,                    )<br>                                   )<br>            Defendant.             )<br>_____) | 2:08-cv-00395 LKK/GGH<br><br>STIPULATION TO EXTEND<br>STAY OF FURTHER PROCEEDINGS<br>AND ORDER THEREON<br><br><br><br>DATE: November 17, 2008<br>TIME: 2:00 p.m.<br>COURTROOM: 4/Chambers |

   Plaintiff United States of America and claimant Michael Lombardo jointly request that the stay of further proceedings entered in this case on May 9, 2008, be extended an additional six months.  The criminal case against claimant Michael Lombardo (U.S. v. Michael Lombardo, 2:07-CR-0439 LKK) (who filed a claim to $1150 of the defendant currency) is still pending, and the next status conference is currently scheduled for November 17, 2008.

   On November 4, 2008, plaintiff settled the claim of Jill Lombardo to $3800 of the defendant currency and will file the settlement documents as soon as they are prepared and signed.

1

1  Accordingly, the parties contend that proceeding with this
2 action at this time has potential adverse affects on the
3 prosecution of the related-criminal case and/or upon claimant
4 Michael Lombardo's ability to prove his claim to the property and
5 to contest the government's allegations that the property is
6 forfeitable.  For these reasons, the parties request that this
7 matter be stayed for an additional six months.  At that time the
8 government will advise the Court whether a further stay is
9 necessary.

11 Dated: Nov. 4, 2008            McGREGOR W. SCOTT
                                  United States Attorney

                          By    /s/ Kristin S. Door
                                KRISTIN S. DOOR
                                Assistant U.S. Attorney

16 Dated: Nov. 4, 2008            DANIEL J. BRODERICK
                                  Federal Defender

                          By    /s/ Timothy Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for claimant
                                Michael Lombardo

**ORDER**

24  For the reasons set forth above and in the Joint Status
25 (Pretrial Scheduling) Report and Request for Stay of Further
26 Proceedings filed herein on May 1, 2008, this matter is stayed
27 pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. §
28 881(i) for an additional six months.

2

1    The scheduling conference scheduled for November 17, 2008,
2 is continued to May 26, 2009 at 1:30 p.m.  Fourteen days before
3 the scheduling conference the parties will advise the court if a
4 further stay is necessary.  If the criminal case has been
5 resolved, the parties will file a joint status report addressing
6 the issues listed in the February 22, 2008, Order Setting Status
7 (Pretrial Scheduling) Conference.

IT IS SO ORDERED.

Dated: November 6, 2008.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT