```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )   2:08-cv-00395 LKK/GGH
                                )
12          Plaintiff,          )   STIPULATION TO EXTEND
                                )   STAY OF FURTHER PROCEEDINGS
13      v.                      )   AND ORDER THEREON
                                )
14  APPROXIMATELY $4,950.00 IN  )
    U.S. CURRENCY,              )
15                              )   DATE: May 26, 2009
            Defendant.          )   TIME: 1:30 p.m.
16  _____)   COURTROOM: 4/Chambers
```

Plaintiff United States of America and claimant Michael Lombardo jointly request that the stay of further proceedings entered in this case on November 4, 2008, be extended an additional six months.[1], [2] The criminal case against claimant Michael Lombardo (U.S. v. Michael Lombardo, 2:07-CR-0439 LKK) is

---

[1] The Stipulation to Extend Stay of Further Proceedings filed on November 4, 2008, was only between the United States and claimant Michael Lombardo. At that time plaintiff and claimant Jill Lombardo had agreed to a settlement of her claim and therefore she was not included in the stipulation. She later changed her mind about the settlement and is therefore still a party in this litigation.

[2] Plaintiff's counsel solicited input for this stipulation from claimant Jill Lombardo but received no response.

STIPULATION TO EXTEND STAY OF                                  1
FURTHER PROCEEDINGS AND ORDER
THEREON [PROPOSED]

still pending, and the next status conference is currently scheduled for June 9, 2009.

Accordingly, the parties contend that proceeding with this action at this time has potential adverse affects on the prosecution of the related-criminal case and/or upon claimant Michael Lombardo's ability to prove his claim to the property and to contest the government's allegations that the property is forfeitable. For these reasons, the parties request that this matter be stayed for an additional six months. At that time the government will advise the Court whether a further stay is necessary.

Dated: May 12, 2009  LAWRENCE G. BROWN
Acting United States Attorney

By /s/Kristin S. Door
KRISTIN S. DOOR
Assistant U.S. Attorney
Attorneys for claimant
United States of America

Dated: May 12, 2009  DANIEL J. BRODERICK
Federal Defender

By /s/ Timothy Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for claimant
Michael Lombardo

(Original signatures retained by AUSA Door)

**ORDER**

For the reasons set forth above and in the Stipulation for

| | |
|---|---|
| 1 | Stay of Further Proceedings filed herein on May 12, 2009, this |
| 2 | matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) |
| 3 | and 21 U.S.C. § 881(i) for an additional six months. |
| 4 | The scheduling conference scheduled for May 26, 2009, is |
| 5 | continued to December 14, 2009 at 2:00 p.m.  Fourteen days before |
| 6 | the scheduling conference the parties will advise the court if a |
| 7 | further stay is necessary.  If the criminal case has been |
| 8 | resolved, the parties will file a joint status report addressing |
| 9 | the issues listed in the February 22, 2008, Order Setting Status |
| 10 | (Pretrial Scheduling) Conference. |
| 11 | IT IS SO ORDERED. |
| 12 | Dated: May 14, 2009. |

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT