```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   2:08-cv-00395 LKK/GGH
                                 )
12          Plaintiff,           )   STIPULATION TO EXTEND
                                 )   STAY OF FURTHER PROCEEDINGS
13      v.                       )   AND ORDER THEREON
                                 )
14  APPROXIMATELY $4,950.00 IN   )
    U.S. CURRENCY,               )
15                               )   DATE:  December 14, 2009
            Defendant.           )   Time:  1:30 p.m.
16  _____)   COURTROOM:  4/Chambers

17
```

18      Plaintiff United States of America and claimants Michael
19 Lombardo and J'lanna Morgan (formerly known as Jill Ann Lombardo
20 jointly request that the stay of further proceedings originally
21 entered in this case on May 1, 2008, and extended thereafter on
22 November 6, 2008, and May 14, 2009, be extended an additional six
23 months to June 14, 2010.  The criminal case against claimant
24 Michael Lombardo (<u>U.S. v. Michael Lombardo</u>, 2:07-CR-0439 LKK) is
25 still pending, and the next status conference is scheduled for
26 December 22, 2009.
27      Accordingly, the parties contend that proceeding with this
28 action at this time has potential adverse affects on the

STIPULATION TO EXTEND STAY OF
FURTHER PROCEEDINGS AND ORDER
THEREON [PROPOSED]              1

1  prosecution of the related-criminal case and/or upon claimants'
2  ability to prove their claims to the property and to contest the
3  government's allegations that the property is forfeitable.  For
4  these reasons, the parties request that this matter be stayed for
5  an additional six months. At that time the parties will advise
6  the Court whether a further stay is necessary.
7
8  Dated: November 24, 2009         BENJAMIN B. WAGNER
                                    United States Attorney
9
10
                                By   /s/ Kristin S. Door
11                                  KRISTIN S. DOOR
                                    Assistant U.S. Attorney
12                                  Attorneys for Plaintiff
                                    United States of America
13
14 Dated: November 25, 2009         DANIEL J. BRODERICK
                                    Federal Defender
15
16
                                By   /s/ Timothy Zindel
17                                  TIMOTHY ZINDEL
                                    Assistant Federal Defender
18                                  Attorney for claimant
                                    Michael Lombardo
19
20 Dated: November 29, 2009          /s/ J'lanna Morgan
                                    J'LANNA MORGAN
21                                  (Formerly known as JILL ANN
                                    LOMBARDO)
22                                  Claimant, appearing in
                                    propria persona
23
                                    (Original signatures retained
24                                  by AUSA Door)
25
26                             ORDER
27    For the reasons set forth above this matter is stayed
28 pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. §

STIPULATION TO EXTEND STAY OF
FURTHER PROCEEDINGS AND ORDER
THEREON [PROPOSED]              2

881{i) for an additional six months.

The scheduling conference scheduled for December 14, 2009, is continued to June 14, 2010 at 2:00 p.m.  Fourteen days before the scheduling conference the parties will advise the court if a further stay is necessary.  If the criminal case has been resolved, the parties will file a joint status report addressing the issues listed in the February 22, 2008, Order Setting Status (Pretrial Scheduling) Conference.

IT IS SO ORDERED.

Dated: December 14, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION TO EXTEND STAY OF
FURTHER PROCEEDINGS AND ORDER
THEREON [PROPOSED]              3