1  BENJAMIN B. WAGNER
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:08-cv-00395 LKK/GGH |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO EXTEND |
|  | ) | STAY OF FURTHER PROCEEDINGS |
| v. | ) | AND ORDER THEREON |
|  | ) |  |
| APPROXIMATELY $4,950.00 IN | ) |  |
| U.S. CURRENCY, | ) |  |
|  | ) | DATE: June 14, 2010 |
| Defendant. | ) | TIME: 2:00 p.m. |
| _____ | ) | COURTROOM: 4/Chambers |

   Plaintiff United States of America and claimants Michael Lombardo and J'lanna Morgan (formerly known as Jill Ann Lombardo) jointly request that the stay of further proceedings originally entered in this case on May 1, 2008, and extended thereafter on November 6, 2008, May 14, 2009, and December 14, 2009, be extended an additional six months to November 15, 2010. The criminal case against claimant Michael Lombardo (<u>U.S. v. Michael Lombardo</u>, 2:07-CR-0439 LKK) is still pending, and the next status conference is scheduled for June 22, 2010.

   Accordingly, the parties contend that proceeding with this action at this time has potential adverse affects on the

prosecution of the related-criminal case and/or upon claimants' ability to prove their claims to the property and to contest the government's allegations that the property is forfeitable.  For these reasons, the parties request that this matter be stayed for an additional six months.  At that time the parties will advise the Court whether a further stay is necessary.

Dated: May 27, 2010			BENJAMIN B. WAGNER
					United States Attorney


				By	/s/ Kristin S. Door
					KRISTIN S. DOOR
					Assistant U.S. Attorney
					Attorneys for claimant
					United States of America


Dated: May 27, 2010			DANIEL J. BRODERICK
					Federal Defender


				By	/s/ Timothy Zindel
					TIMOTHY ZINDEL
					(As authorized on 5/26/10)
					Assistant Federal Defender
					Attorney for claimant
					Michael Lombardo


Dated: May 27, 2010			/s/ J'lanna Morgan
					J'LANNA MORGAN
					(As authorized on 5/27/10)
					(Formerly known as JILL ANN
					LOMBARDO)
					Claimant, appearing in
					propria persona

//

//

STIPULATION TO EXTEND STAY OF					2
FURTHER PROCEEDINGS AND ORDER
THEREON [PROPOSED]

**ORDER**

For the reasons set forth above this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) for an additional six months.

The scheduling conference scheduled for June 14, 2010, is continued to December 13, 2010 at 2:00 p.m. Fourteen days before the scheduling conference the parties will advise the court if a further stay is necessary. If the criminal case has been resolved, the parties will file a joint status report addressing the issues listed in the February 22, 2008, Order Setting Status (Pretrial Scheduling) Conference.

IT IS SO ORDERED.

Dated: May 28, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT