1  BENJAMIN B. WAGNER
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America
6

7

8                 IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )     2:08-cv-00395-LKK-GGH
                                 )
12            Plaintiff,         )
                                 )
13      v.                       )     FINAL JUDGMENT OF FORFEITURE
                                 )
14 APPROXIMATELY $4,950.00 IN    )
   U.S. CURRENCY,                )
15                               )
              Defendant.         )
16 _____  )

17      Pursuant to the Stipulation for Final Judgment of Forfeiture,

18 the Court finds:

19      1.   This is a civil forfeiture action against approximately

20 $4,950.00 in U.S. Currency (hereafter "defendant currency").

21      2.   A Verified Complaint for Forfeiture In Rem ("complaint")

22 was filed on February 22, 2008, alleging that said currency is

23 subject to forfeiture to the United States of America pursuant to

24 21 U.S.C. § 881(a)(6).

25      3.   On February 25, 2008, the Clerk issued a Warrant for

26 Arrest for the defendant currency, and that warrant was duly

27 executed on February 27, 2008.

28      4.   On March 8, 2008, a Public Notice of Arrest and Seizure

                              1            Final Judgment of Forfeiture

1 of the defendant currency appeared by publication in <u>The Union</u>, a

2 newspaper of general circulation in the county in which the

3 defendant currency was seized (Nevada County).  The Affidavit of

4 Publication was filed with the Court on April 7, 2008.

5     5.  In addition to the Public Notice of Arrest having been

6 completed, actual notice was given to the following individuals:

7         a. Jill Ann Lombardo

8         b. Michael Edward Lombardo, Jr.

9     6.  On March 20, 2008, claimant Michael Lombardo filed a

10 Verified Claim to $1,150.00 of the defendant currency.  On or about

11 March 25, 2008, claimant Jill Ann Lombardo filed a Verified Claim

12 to $3,800.00 of the defendant currency.

13     7.  No other parties have filed claims or answers in this

14 matter and the time for which any person or entity may file a claim

15 and answer has expired.

16     Based on the above findings, and the files and records of the

17 Court, it is hereby ORDERED AND ADJUDGED:

18     1.  The Court adopts the Stipulation for Final Judgment of

19 Forfeiture entered into by and between the parties to this action.

20     2.  That judgment is hereby entered against claimants J'lanna

21 Morgan (formerly known as Jill Ann Lombardo) and Michael Lombardo

22 ("claimants") and all other potential claimants who have not filed

23 claims in this action.

24     3.  Upon entry of this Final Judgment of Forfeiture, $1,150.00

25 of the approximately $4,950.00 in U.S. Currency, together with any

26 interest that may have accrued on that amount, shall be forfeited

27 to the United States pursuant to 21 U.S.C. § 881(a)(6), to be

28 disposed of according to law.

Final Judgment of Forfeiture

1    4.  Upon entry of this Final Judgment of Forfeiture herein,

2  but no later than 60 days thereafter, $3,800.00 of the

3  approximately $4,950.00 in U.S. Currency, together with any

4  interest that may have accrued on that amount, shall be returned to

5  claimant J'lanna Morgan.

6    5.  That plaintiff United States of America and its servants,

7  agents, and employees and all other public entities, their

8  servants, agents, and employees, are released from any and all

9  liability arising out of or in any way connected with the seizure,

10 arrest, or forfeiture of the defendant currency.  This is a full

11 and final release applying to all unknown and unanticipated

12 injuries, and/or damages arising out of said seizure, arrest, or

13 forfeiture, as well as to those now known or disclosed.  The

14 parties waived the provisions of California Civil Code § 1542.

15   6.  Claimant Michael Lombardo waived any and all claim or

16 right to interest that may have accrued on the defendant currency

17 being forfeited to the United States.

18   7.  That pursuant to the stipulation of the parties, and the

19 allegations set forth in the Complaint filed on or about February

20 22, 2008, the Court finds that there was reasonable cause for the

21 seizure and arrest of the defendant currency, and a Certificate of

22 Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered

23 accordingly.

24   8.  All parties are to bear their own costs and

25 attorneys' fees.

26 //

27 //

28 //

1    9.   The Court shall maintain jurisdiction to enforce the terms

2  of this Final Judgment of Forfeiture.

3    SO ORDERED THIS 1st day of October, 2010.

4

5

6  _____
   LAWRENCE K. KARLTON
   SENIOR JUDGE

7  UNITED STATES DISTRICT COURT

8    CERTIFICATE OF REASONABLE CAUSE

9    Based upon the allegations set forth in the Complaint filed

10 February 22, 2008, and the Stipulation for Final Judgment of

11 Forfeiture filed herein, the Court enters this Certificate of

12 Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was

13 reasonable cause for the seizure or arrest of the defendant

14 currency, and for the commencement and prosecution of this

15 forfeiture action.

16 DATED: October 1, 2010.

17

18

19 _____
   LAWRENCE K. KARLTON
   SENIOR JUDGE

20 UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28

                                    4                    Final Judgment of Forfeiture